UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RENEE TURNER,<br><br>               Plaintiff,<br><br>     v.<br><br>CAROLYN W COLVIN, Acting Commissioner of the Social Security Administration,<br><br>               Defendant. | CASE NO. 12-cv-05903 JRC<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (*See also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 5; Consent to Proceed Before a United States Magistrate Judge, ECF No. 6.) This matter is before the Court on defendant's stipulated motion to remand the matter to the Commissioner for further consideration. (ECF No. 21.)

After reviewing defendant's stipulated motion and the relevant record, the Court grants defendant's motion, and reverses and remands this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

ORDER GRANTING STIPULATED MOTION
FOR REMAND - 1

On remand, based on the parties' stipulation, a *de novo* hearing will be held before an administrative law judge ("ALJ"), and plaintiff may raise any issue.  The ALJ will:  (1) update the administrative record and reconsider the evidence submitted in connection with plaintiff's appeals; (2); reconsider the medical opinions of record, including those of Drs. Dan Neims, Psy.D.; Angela L. Tobias, M.D.; Melinda Losee, Ph.D.; and Terilee Wingate, Ph.D.; (3) reevaluate the opinion of Diane Dewell, ARNP; (4) obtain a medical expert to determine the nature and severity of plaintiff's mental impairments; (5) reevaluate plaintiff's residual functional capacity; and (6) continue the sequential evaluation process, obtaining vocational expert testimony and medical expert testimony if warranted.

Following proper presentation, this Court will consider plaintiff's application for costs and attorney's fees pursuant to 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

Given the facts and the parties' stipulation, the Court hereby orders that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

JUDGMENT shall be entered for Plaintiff, and this case shall be closed.

Dated this 15th day of May, 2013.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
FOR REMAND - 2